NUMBER 13-07-612-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


LUCAS MORIN, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_________________________________________________________


On Appeal from the 156th District Court 


of Bee County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Lucas Morin, attempts to appeal his conviction for bail jumping and failure
to appear. The trial court has certified that this "is a plea-bargain case, and the defendant
has NO right of appeal." The trial court further certified that appellant waived his right to
appeal. See Tex. R. App. P. 25.2(a)(2).

 On November 8, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On January 17, 2008, counsel filed a letter brief with this Court. Counsel's response
does not establish that the certification currently on file with this Court is incorrect or that
appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
DISMISSED. Any pending motions are denied as moot.

 PER CURIAM


Do not publish. 

Tex.R.App.P. 47.2(b)

Memorandum Opinion delivered and 

filed this the 6th day of March, 2008.